**Order entered December 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01004-CR
No. 05-19-01028-CR
No. 05-19-01029-CR
No. 05-19-01030-CR

**ZACHARIAH MATHIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-42189-K, F18-42190-K, F18-42191-K & F18-42192-K**

## ORDER

Before the Court is appellant's December 2, 2019 motion for extension of time to file his

brief.  We **GRANT** the motion and **ORDER** appellant's brief filed as of December 1, 2019.


                                        /s/     LANA MYERS
                                                JUSTICE